JACOB H. KLEIN ET AL., APPELLANTS, v. CHARLES F. KRAEMER, RESPONDENT.

Argued January 20, 1925—Decided March 16, 1925.

On appeal from the Supreme Court, whose opinion is reported in 100 *N. J. L.* 3.

For the appellants, *Harry Levine.*

For the respondent, *Jacob L. Newman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, JJ. 8.

*For reversal*—PARKER, CLARK, JJ. 2.